# UNITED STATES DISTRICT COURT
for the
Western District of Missouri
Western Division

| | |
|---|---|
| Thomas Warren <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> Sargent Dave Carnagey <br> Sherriff Brad Delay <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Thomas Warren
All other names by which you have been known: Tom Warren, Thomas Gilbert Warren III
ID Number: 1900005237
Current Institution: Lawrence County Jail
Address: 300 E Water St
Mt. Vernon, Mo. 65712
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Brad Delay
Job or Title (if known): Sherrif of Lawrence County
Shield Number:
Employer: Lawrence County, Missouri
Address: Mt. Vernon, Mo. 65712
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Dave Carnagey
Job or Title (if known): Sargent Lawrence Co. Sheriff Dept.
Shield Number:
Employer: Sheriff Dept. Lawrence Co., Mo.
Address: Mt. Vernon, Mo. 65712
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

There is no Law/Library Available to prisoners

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Both Defendants work for the Lawrence County Sheriff's Dept. in Lawrence County, Missouri

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [X] Other *(explain)* Fugitive from out of state

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

After asking my first attorney about my Fugitive Status he informed me that we just had to wait to see what the State of Indiana was going to do, and that there was nothing he could do for me because he was not a member of the Indiana Bar and offered no advice about what to do. Had he told me like I later found out I could file Motions to make the wheels of Justice start rolling like I was told by a fellow prisoner I have the right to defend myself and that I should file Some Motion's to see what I was being charged and if I had access to a Law Library I could have had better prepared my Motion's to the Court

C. What date and approximate time did the events giving rise to your claim(s) occur?

I am going to say not having a Law Library didn't start affecting me until I was locked up approxamately 1 month after my back in date of 04/29/2024

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Not having access to a Law Library and the ability to conduct case studys and has deffinatly inabled my ability to defend myself. I asked 3 diferant Jailers one told me I had to submit a request on the tablet provided prisoners. another I had to ask my attorney and had to be accompanied by him to the Law Library. another told me that the Jail didn't have to have one because the Lawrence Co. Jail was Grandfathered in ?.?? and even the Sargent Dave Carnagey told me to consut my Legal Councel for any material I may need for my Defense wich I am sure That most of those or all of those Replyes are approved by the Sheriff and or Sargent

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental Anguish, Anazictty, Depression all of wich I will have to address uppon my release as these are not injuries that the Jail Deems treatable injuries or illnesses

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I pray the Court investigates the Lawrence County Jail and corrupt opperation practices and its blaiton disreguard for it prisoners Health wellbeing or really any Civil Rights like provideing resourses to aid in thier defense No one can put a price on a persons freedom I would have to say that $2,000.⁰⁰ a day is fair as I will need medical help from a MD and P.SY. Meds and Treatments or whatever th Court deems fair and nessasary.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lawrence Co. Jail Mt Vernon, Mo.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

electronicaly filed on a tablet provided by the Jail

2. What did you claim in your grievance?

I complained about not having my requests Answered about going to the Law Library and when my requests were answered I was told that I had to ask my attorney to take me and then filed grievances about not having a Law Library after I found out there wasn't one I was again told to get info or materials from my Lawyer

3. What was the result, if any?

The end result was not going to a Law Library because the Jail did not have one and the Jail easaly could have had a Law Library on the tablets that were provided but chose not to make a Law Library available

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

all grievances only go to the Sheriff and to the Sargent and after filing multible grievances they were all answered the same way the grievance system is a joke to the staff and commanding officers and is a dead end to any complaints made by prisoners

Please Investigate this Jail Please!!

Case 3:24-cv-05060-BP   Document 1   Filed 07/30/24   Page 7 of 12

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes my answer is yes NOT
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
Plaintiff(s) Thomas Warren, Ballen Fish, Raymond McElroy, Mason Crow, Austin Collins, James Houghan, David Boyd
Defendant(s) Sheriff Brad Delay, Sargent Dave Carnagey, Deputy Mark Mincey

2. Court *(if federal court, name the district; if state court, name the county and State)*
United States District Cort Western District of Missouri Western Division

3. Docket or index number
Unknown

4. Name of Judge assigned to your case
Unknown

5. Approximate date of filing lawsuit
01-15-2024

6. Is the case still pending?
☒ Yes
☐ No

If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still in the exceptance faze

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes    N/A
   ☒ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-16-2024

Signature of Plaintiff: Thomas G Warren III
Printed Name of Plaintiff: Thomas G Warren III
Prison Identification #: 1900005237
Prison Address: 604 S. Harrison Ave
Aurora, MO. 65605

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

